UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

DARYL BARTLEY,

Defendant.

20 Cr. 3 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Defendant Daryl Bartley, Counsel, and the Government are hereby

ORDERED to appear for a change of plea conference on **December 3, 2020, at**

**3:00 p.m.**  The conference will proceed by video conference.  Access

instructions will be provided to the parties in advance of the conference.

SO ORDERED.

Dated:   November 30, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge