UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 3-13 (KPF) |
| DARYL BARTLEY, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The sentencing for Mr. Bartley, currently scheduled for July 22, 2021, is ADJOURNED to **August 18, 2021, at 3:00 p.m.** The sentencing will proceed by video conference. Access instructions will be provided to the parties in advance of the proceeding.

SO ORDERED.

Dated: July 8, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge