

October 11, 2021

**Via ECF and Email**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

MEMO ENDORSED

Re:  *United States v. Oladokun et al. (Daryl Bartley)*, 20 cr. 00003 (SDNY) (KPF)

Dear Judge Failla,

    I represent Darryl Bartley, who is scheduled to appear before this Court at a bail review hearing on October 13, 2021 at 11 a.m.  As the Court likely recalls, Mr. Bartley suffers from a variety of health conditions, including, among other things, chronic obstructive pulmonary disease, hypertension, atrial fibrillation and congestive heart failure.  Upon receiving notice that this Court intended to proceed with the bail review hearing in person, I asked Mr. Bartley to consult with his medical team to determine whether traveling from his home in Washington, D.C. to the Southern District of New York would present a risk to his health.

    As set forth in the attached letter, Mr. Bartley's physician advises against traveling.

    In light of the medical advice not to travel, I respectfully request that Mr. Bartley be permitted to appear remotely at the bail review hearing on Wednesday.  If the Court grants this request but wishes counsel to appear in person, I can be physically present at the hearing.

Respectfully submitted,

/s/
Megan W. Benett
mbenett@kreindler.com
(212) 973-3406

cc:  all counsel

New York     Boston     Los Angeles

Application GRANTED.

The in-person hearing scheduled for **October 13, 2021, at 11:00 a.m.** is hereby CONVERTED to a video conference.  Public dial-in information and instructions for video participants will be sent separately in advance of the conference.

The Clerk of Court is directed to terminate the motion at docket entry 241.

Dated:   October 12, 2021          SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE